## Bernard Allen SIEGMUND and Mary Margaret Siegmund, Appellants,

v.

## DAILEY THOMAS HOLDING, LLC, Respondent.

### WD 79790

Missouri Court of Appeals, Western District.

Order filed: June 20, 2017

William E. Shull, Liberty, for Appellants.

William H. Kariker, St. Joseph, for Respondent.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

## ORDER

PER CURIAM:

Bernard Allen Siegmund and Mary Margaret Siegmund appeal the judgment of the Buchanan County Circuit Court denying their claims for adverse possession and prescriptive easement. In their first two points on appeal, they argue that the judgment was not supported by substantial evidence and was against the weight of the evidence. In their third point on appeal, they argue that the trial court erred in limiting the cross-examination of a witness.

Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).